# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.
**TAMEIKA D. DIGGS**

*AMENDED*
*JUDGMENT IN A CRIMINAL CASE*
(For Offenses Committed On or After November 1, 1987)
Case Number: **5:11-MJ-00023 JLT**

Jared Thompson
Defendant's Attorney

### THE DEFENDANT:

[✓] pleaded guilty to count(s): 2 of the Information .
[ ] pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18:13 CVC 23152(a) | Driving under the influence | 2/13/2011 | 2 |

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✓] Counts 1 and 3 of the Information are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

2/7/2012
Date of Imposition of Judgment

*[signature]*
Signature of Judicial Officer

JENNIFER L. THURSTON, U.S. Magistrate Judge
Name & Title of Judicial Officer

2/7/12
Date

| | |
|---|---|
| CASE NUMBER: 5:11-MJ-00023 JLT | Judgment - Page 2 of 2 |
| DEFENDANT: TAMEIKA D. DIGGS | |

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties as follows.

|  | Assessment | Fine | Total |
|---|---|---|---|
| Totals: | $ 10.00 | $ | $ 10.00 |

## SCHEDULE OF PAYMENTS

Payment of the total fine shall be due no later than 5/23/2012.

Payments must be made by Check or Money Order, payable to: Clerk, U.S. District Court and *mailed* to:

U.S. District Court
Office of the Clerk
2500 Tulare Street, Room 1501
Fresno, CA 93721

Your check or money order must indicate your name and case number to ensure your account is credited for payments received.

## COMMUNITY SERVICE

The imposition of the $490.00 fine is commuted to an additional 50 hours of unpaid community service to be completed by 5/23/2012 and file proof thereof with the Court. Defendant may perform the required volunteer service at any non-profit organization which serves a valid community need. The organization may not discriminate on the basis of race, religion, age, or sex. The defendant must pay any required fees.

## REVIEW HEARING

Defendant is ORDERED to *appear at a Review Hearing* on 6/5/2012 at 9:00 a.m., at U.S. District Court, 1300 18th Street, Bakersfield, CA.